# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| Case No.: | SA CR 05-00079-AB | | Date: | October 30, 2024 |
|---|---|---|---|---|

| Present: The Honorable | **ANDRÉ BIROTTE JR., United States District Judge** |
|---|---|
| Interpreter: | N/A |

| Daniel Tamayo | Laura Elias | Brandon E. Martinez-Jones |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Custody | Bond | Attorney(s) for Defendant(s): | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Martin Andrew Manson | √ | | | DFPD, Gabriela Rivera | √ | √ | |

**Proceedings:** **STATUS CONFERENCE - ZOOM** (Held and Completed)

Also present is United States Probation and Pretrial Services Officer, Sandra Acevedo.

Court and counsel confer regarding the Defendants progress while on supervised release.

For the reasons stated on the record, the Court further sets a Status Conference for **November 12, 2024, at 10:00 a.m.** via Zoom.

IT IS SO ORDERED.

CC: USPO

|  | : | 25 |
|---|---|---|

Initials of Deputy Clerk    DTA